

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. AP-76,504

**EX PARTE CORNELIUS DUPREE, JR., Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. F79-12900-RI IN THE CRIMINAL DISTRICT COURT
### NUMBER TWO FROM DALLAS COUNTY

*Per curiam. Meyers, J., dissents.  Keasler, J., not participating.*

**O P I N I O N**

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967).  Applicant was convicted of aggravated robbery and sentenced to seventy-five years' imprisonment.  The Fifth Court of Appeals affirmed his conviction. *Dupree v. State*, No. 05-81-00358-CR (Tex. App.–Dallas, March 11, 1982).

Applicant contends that he has newly discovered evidence that he is actually innocent of this offense. The trial court has determined that no rational jury would have convicted Applicant in light of the new evidence, which was previously unavailable to Applicant. The evidence, obtained

pursuant to post-conviction DNA testing and investigation, indicates that it was another individual, and not Applicant, who committed this offense. Applicant is entitled to relief. *Ex parte Elizondo*, 947 S.W.2d 202, 209 (Tex. Crim. App. 1996).

Relief is granted. The judgment in Cause No. F79-12900-RI in Criminal District Court Number 2 of Dallas County is set aside, and Applicant is remanded to the custody of the Sheriff of Dallas County to answer the charge against him.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice-Correctional Institutions Division and Parole Division.

Delivered: March 2, 2011
Do Not Publish